273 U.S. 693
 47 S.Ct. 91
 71 L.Ed. 843
 Rothschild FRANCIS, petitioner,
v.
George Washington WILLIAMS, Judge of the District Court of the Virgin Islands of the United States.
 No. 371.
 Supreme Court of the United States
 October 11, 1926
 
 Messrs. Adolf A. Berle, Jr., of New York City, and David Wallerstein, of Philadelphia, Pa., for petitioner.
 Mr. Charles H. Gibson, of Thomas, Virgin Islands, for respondent.
 
 
 1
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.